ANTHONY J. MASCOLO *ET AL.*, PLAINTIFFS-PETITIONERS, v. BOARD OF EDUCATION OF THE TOWNSHIP OF NORTH BERGEN, DEFENDANT-RESPONDENT.

*Mr. Robert H. Wall* and *Mr. Lawrence A. Whipple* for the petitioners.

*Mr. Joseph V. Cullum* for the respondent.

April 13, 1959. Denied.

JACOB LAVITZ, PLAINTIFF-PETITIONER, v. CIVIL SERVICE COMMISSION, DEFENDANT-RESPONDENT.

See same case below: 52 *N. J. Super.* 158.

*Mr. Harvey Schwartzberg* for the petitioner.

*Mr. David D. Furman* and *Mr. Theodore I. Botter* for the respondent.

April 13, 1959. Denied.